UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

                                              Case No. 11-30763-WSS

CAJUN SPECIALTY MEATS, INC.          Chapter 11

## CHAPTER 11 CASE MANAGEMENT SUMMARY

       Pursuant to Administrative Order 05-001, Cajun Specialty Meats, Inc.., as Debtor in Possession ("Debtor"), by its undersigned attorney, files its Case Management Summary and says:

       1. Description of Debtor's Business:

       Debtor is in the wholesale and retail food sales business, including a restaurant operation, specializing in Cajun food.

       2. Location of Debtor's Operations and Whether Leased or Owned:

       Debtor owns the real property upon which the principal business is operated, which is located at 690 E. Heinberg St., Pensacola, Florida.

       3. Reasons for Filing Chapter 11:

       Debtor has been in business since 1996. In the year 2006 Debtor expended its operation and acquired a larger location. Sales did not increase sufficiently to enable Debtor to pay all of the expenses relating to the expansion. As a result, Debtor was unable to pay the mortgage on the real property owned by the debtor which is in default. The secured creditor has filed an action to foreclose the mortgage on the real property and a judgment has been entered against Debtor directing the real property be sold at a foreclosure sale.

4. <u>List of Officers and Directors and Their Salary and Benefits at the Time of Filing and During the 1 Year Prior to Filing:</u>

During the one (1) year prior to filing, the officers and directors and their compensation were:

| <u>Name</u> | <u>Position</u> | <u>Compensation in 2010</u> |
|---|---|---|
| Carl J. Broussard | President and Treasurer | $50,000.00 |
| Cory Broussard | Vice President/Secretary | $50,000.00 |

5. <u>Debtor's Annual Gross Revenue:</u>

Debtor's gross revenue in 2010 was $1,652,692.00.  Debtor's gross revenue in 2011 through April 27, 2011, was $221,296.59.  Debtor's business is seasonal with the majority of its income earned in the latter part of each year.

6. <u>Amount Owed to Various Classes of Creditors.</u>

   a. <u>Priority Creditors:</u>  $0.00

   b. <u>Secured Creditors:</u>  $1,873,335.03

   c. <u>General, Non-priority Unsecured Creditors:</u>  $108,384.63

7. <u>Description and Approximate Value of Debtor's Current and Fixed Assets:</u>

Debtor has real estate having a total value of $500,000.00.  The value of Debtor's personal property is approximately $587,167.87.

8. <u>Number of Employees and Amount of Wages Owed as of Petition Date:</u>

Debtor currently employs 12 employees.  Debtor's business is seasonal and during the period from August through December, the number of employees may increase.

9. <u>Status of Debtor's Payroll and Sales Tax Obligations as of Petition Date:</u>

Debtor's payroll tax obligations were current as of the date of the petition. The Debtor's sales tax obligations were also current as of that date.

10. <u>Anticipated Emergency Relief to be Requested Within 14 Days from Petition Date:</u> Debtor anticipates filing the following requests for emergency relief within the 14 days from the Petition Date:

(1) Motion seeking authority to use of cash collateral.

(2) Applications for employment of professionals.

(3) Motion for authority to pay affiliated officers' salaries.

(4) Motion for authority to pay insurance obligations.

(5) Motion for authority to pay pre-petition wages to the employee leasing company.

(6) Motion to establish adequate assurance for utility services.

Dated: May 2, 2011.

    / s /   John E. Venn, Jr.
John E. Venn, Jr.
Fla. Bar No. 184992
220 W. Garden St., Suite 603
Pensacola, FL 32502
(850) 438-0034
johnevennjrpa@aol.com

**CERTIFICATE OF SERVICE**

```
     The undersigned certifies that the foregoing was
served this 2nd day of May, 2011, electronically or by
regular U.S. Mail, postage prepaid, upon the Office of the
U.S. Trustee and the 20 largest unsecured creditors on the
attached list.
```

    / s /   John E. Venn, Jr.

JOHN E. VENN, JR.

Case 11-30763-WSS Doc 10 Filed 05/02/11 Page 4 of 5

JOHN E. VENN, JR.

American Express
P. O. Box 360002
Ft. Lauderdale, FL 33336

American Express
Business Gold Card
P. O. Box 530001
Atlanta, GA 30353

Chase
Cardmember Services
P. O. Box 15153
Wilmington, DE 19886

Gulf Power
One Energy Pl.
Pensacola, FL 32520

International Paper
P. O. Box 644095
Pittsburgh, PA 15264

Jubilee Foods
P. O. Box 669
13050 N. Wintzell Ave.
Bayou La Batre, AL 36509

Marlin Leasing
6470 E. Jons Crossing, Ste. 430
Johns Creek, GA 30097

Packaging Solutions Group
P. O. Box 563
Cantonment, FL 32533

Premium Assignment
P. O .Box 3066
Tallahassee, FL 32315

Sally Bussell Fox
30 S. Spring St.
Pensacola, FL 32502

Sam's Club Discover
P. O. Box 960016
Orlando, FL 32896

Scariano Brothers
11052 Scariano Ln.
Hammond, LA 70403

SunTrust Bank
P. O. Box 26202
Richmond, VA 23260

SunTrust Bank
P. O. Box 510
Pensacola, FL 32593

TravelHost
1149 Creighton Rd., Ste. 7
Pensacola, FL 32504

U.S. Small Business Administration
7825 Baymeadows Way
Suite 100B
Jacksonville, FL 32256

U.S. Small Business Administration
2120 Riverfront Dr.
Suite 100
Little Rock, AR 72202

Vincent Piazza Jr & Sons Seafood
5374 Heebe St.
New Orleans, LA 70181

Wells Fargo Financial Leasing
604 Locust, 15th Floor
Des Moines, IA 50309

Whitney National Bank
101 W. Garden St.
Pensacola, FL 32501

Whitney National Bank
400 LaBarre Rd., 3rd Floor
New Orleans, LA 70121